896

No. 280.   PHILLIPS PETROLEUM CO. *v.* WISCONSIN ET AL.;

No. 281.   TEXAS ET AL. *v.* WISCONSIN ET AL.; and

No. 418.   FEDERAL POWER COMMISSION *v.* WISCONSIN ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Rayburn L. Foster, Harry D. Turner* and *Hugh B. Cox* for petitioner in No. 280.   *John Ben Shepperd,* Attorney General, and *Charles E. Crenshaw,* Special Assistant Attorney General, for the State of Texas et al., *Mac Q. Williamson,* Attorney General, for the Corporation Commission of Oklahoma, and *Richard H. Robinson,* Attorney General, *George A. Graham,* Special Assistant Attorney General, and *L. C. White* for the State of New Mexico et al., petitioners in No. 281.   *Acting Solicitor General Stern* and *Willard W. Gatchell* for petitioner in No. 418.   *Vernon W. Thomson,* Attorney General, and *Stewart G. Honeck,* Deputy Attorney General, for the State of Wisconsin, *William E. Torkelson* for the Public Service Commission of Wisconsin, *David M. Proctor* and *Jerome M. Joffee* for Kansas City, Missouri, *James H. Lee* for Detroit, Michigan, and *Walter J. Mattison* and *Harry G. Slater* for Milwaukee, Wisconsin, respondents.   Reported below: 92 U. S. App. D. C. 284, 205 F. 2d 706.

No. 319.   DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* WHEAT.   Supreme Court of Utah.   Certiorari denied.   *Dennis McCarthy* for petitioner.   *Calvin W. Rawlings* for respondent.

No. 329.   T. W. JONES GRAIN CO. *v.* NEBRASKA.   Supreme Court of Nebraska.   Certiorari denied.   *Charles M. Bosley* for petitioner.   *Clarence S. Beck,* Attorney